UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEVIN SAM (#389713)** | **CIVIL ACTION** |
| **VERSUS** | |
| | **19-381-BAJ-RLB** |
| **LT. GEE, ET AL.** | |

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on December 12, 2019.

								_____
								RICHARD L. BOURGEOIS, JR.
								UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEVIN SAM (#389713)                                         CIVIL ACTION

VERSUS

                                                            19-381-BAJ-RLB

LT. GEE, ET AL.

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On or about June 10, 2019, the *pro se* plaintiff, a person confined at Louisiana State Penitentiary ("LSP") Angola, Louisiana, filed this proceeding pursuant to 42 U.S.C. § 1983. *See* R. Doc. 1. On July 22, 2019, the Magistrate Judge granted the plaintiff pauper status and ordered him to pay an initial partial filing fee. *See* R. Doc. 7. A review of the record now reflects that the Order was returned to the Court on the same date, as undeliverable, with a notation on the notice of "NO LONGER AT LSP." *See* R. Doc. 8.

Pursuant to Local Rule 41(b)(4) of the Court, the failure of a *pro se* litigant to keep the Court apprised of a change of address may constitute a cause for dismissal for failure to prosecute when a notice has been returned to a party or the Court for the reason of an incorrect address and no correction is made to the address for a period of thirty (30) days. As a practical matter, the case cannot proceed without an address where the plaintiff may be reached and where he may receive pertinent pleadings, notices or rulings.

## RECOMMENDATION

It is recommended that the claims of the plaintiff be dismissed, without prejudice, for failure of the plaintiff to prosecute this proceeding and for failure to keep the Court apprised of a current address. It is further recommended that, on motion of the plaintiff, filed within thirty (30) days, and upon a showing of good cause the Court may consider reinstatement of the

plaintiff's claims on the Court's Docket.  It is further recommended that the plaintiff's pending Motion (R. Doc. 5) be denied as moot.

Signed in Baton Rouge, Louisiana, on December 12, 2019.

                                   _____
                                   **RICHARD L. BOURGEOIS, JR.**
                                   **UNITED STATES MAGISTRATE JUDGE**