# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

KEVIN SAM (#389713)                                                    CIVIL ACTION

VERSUS

LT. GEE, ET AL.                                                    NO.: 19-381-BAJ-RLB

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 10)** pursuant to 28 U.S.C. §636(b)(1). The Report and Recommendation addresses whether this action should be dismissed, without prejudice, for failure to prosecute. The record indicates that at the time of filing, *pro se* Plaintiff Kevin Sam was housed at the Louisiana State Penitentiary in Angola, Louisiana. See (Doc. 1). However, on July 22, 2019, the Court received a Notice (Doc. 8) indicating that an Order (Doc. 7) was undeliverable to Plaintiff, with a notation reading "NO LONGER AT LSP." *See* (Doc. 8).

The Magistrate Judge recommended that, pursuant to Local Rule 41(b)(4), this action be dismissed for failure to prosecute because the *pro se* litigant has failed to keep the Court appraised of a current address.

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. §636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact,

1

conclusions of law, and recommendations therein. No objections or responses were filed by either party.

Having carefully considered the underlying Complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 10)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for failure to keep the Court appraised of a current address. The Court notes, however, that it may consider reinstatement of Plaintiff's claims upon motion filed by Plaintiff within thirty (30) days of this Order representing a showing of good cause and specifying a current address.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Appoint Counsel (Doc. 5) is **DENIED AS MOOT**.

Baton Rouge, Louisiana, this 3rd day of March, 2020.

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA